# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

137992

SAULT STE. MARIE TRIBE OF CHIPPEWA
INDIANS,
      Plaintiff/Counter-Defendant/
      Appellee,

v

BERNARD BOUSCHOR,
      Defendant/Appellee,

and

DANIEL T. GREEN, DAVID E. SCOTT, JAMES
M. JANNETTA, and DANIEL J. WEAVER,
      Defendants/Counter-Plaintiffs/
      Appellees,

and

PAUL W. SHAGEN, JOSEPH M. PACZKOWSKI,
and JOLENE M. NERTOLI,
      Defendants/Counter-Plaintiffs,

and

MILLER, CANFIELD, PADDOCK & STONE,
P.L.C.,
      Defendant/Appellant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137992
COA: 276712
Chippewa CC: 04-007606-CC

      On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

_____
Clerk

p0120